IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MELODEE H. and JON H. on behalf of their son Kelii H., | )  1:07-CV-00256-HG-LEK )  )  ) |
| Plaintiffs, | ) ) |
| vs. | ) ) |
| DEPARTMENT OF EDUCATION, STATE OF HAWAII, | ) )  ) |
| Defendants. | ) |

### ORDER ADOPTING AMENDED REPORT OF SPECIAL MASTER ON PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS

A Report of Special Master having been filed and served on all parties on October 7, 2008 and no objections having been filed by any party,

//

//

//

//

//

//

//

//

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the Amendment to Report of Special Master, document no. 42, is adopted as the opinion and order of this court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 27, 2008.



/s/ Helen Gillmor

Chief United States District Judge